620

478 A.2d 89

Commonwealth v. Aloisio, Appellant.

Petition for Allowance of Appeal
Denied Oct. 25, 1984.

Submitted May 15, 1984. William F. Cercone, Jr., for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.

478 A.2d 90

Commonwealth v. Barnes, Appellant.

Submitted January 4, 1984. Marilyn J. Gelb, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Order affirmed in part and reversed in part.